AO 91 (Rev. 5/95) Criminal Complaint

_____

# UNITED STATES DISTRICT COURT

_____ SOUTHERN DISTRICT OF TEXAS _____
BROWNSVILLE DIVISION

**UNITED STATES OF AMERICA**

**V**                                                              **CRIMINAL COMPLAINT**

**JOJ DIONCIO, CLAUDIA MARIELA**                          CASE NUMBER: 1:19-**PO 021**
A201 721 597

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  04/15/2019  in Cameron County, in the SOUTHERN District of TEXAS defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by concealment of a material fact, and in furtherance of such violation presented a United States Birth Certificate and declared to be a citizen of the United States,

in violation of Title   8   United States Code, Section(s)    1325 (a)(3)   .

I further state that I am a (n) Customs and Border Protection Officer and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States through the Veterans International Bridge in Brownsville, Texas. The defendant presented a United States Birth Certificate from the state of Texas bearing the name of Emily Geniva Rico and further claimed to be said person to a U.S. Customs and Border Protection Officer. In Customs and Border Protection secondary it was determined that the defendant is not the rightful owner of the document presented. Furthermore it was determined that the defendant is a citizen and national of Guatemala with no legal status to enter or be in the United States.

Defendant had $86.00 US dollars.
**Continued on the attached sheet and made a part hereof:    ___Yes   X No**

/s/
_____
**Jesus Longoria CBPEO**
Signature of Complainant

**Sworn to before me and subscribed in my presence,**

**April 16, 2019**                                 at         **BROWNSVILLE, TEXAS**
Date                                                                     City and State

**IGNACIO TORTEYA III U.S. MAGISTRATE JUDGE**   _____
Name & Title of Judicial Officer                            Signature of Judicial Officer